FILED
U.S. DISTRICT COURT

2009 JUN 15 A 9:50

DISTRICT OF UTAH

BY:  
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BART N. CHRISTOFFERSON<br><br>Plaintiff,<br><br>vs.<br><br>AURORA LOAN SERVICES, ET AL.,<br><br>Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:08-cv-0663 CW<br><br>District Judge Clark Waddoups<br><br>Magistrate Judge Brooke C. Wells |

This case was assigned to United States District Court Judge Clark Waddoups, who then referred it to United States Magistrate Brooke C. Wells under 28 U.S.C. § 636(b)(1)(B). On May 11, 2009, the Magistrate Judge issued a Report and Recommendation, recommending "that this case be dismissed for failure to prosecute, or in the alternative, Defendants' motions to dismiss be granted."[1] After having reviewed the file *de novo*, the court hereby APPROVES AND ADOPTS the Magistrate Judge's Report and Recommendation, and DISMISSES this case for failure to prosecute. Each party shall bear its own costs.

SO ORDERED this 12th day of June, 2009.

BY THE COURT:

Clark Waddoups
United States District Judge

---

[1] Report and Recommendation, 3 (May 11, 2009) (Docket No. 66).