AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

Central Division for the District of Utah

FILED
U.S. DISTRICT COURT
2009 JUN 18 A 11: 49
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

| | |
|---|---|
| Bart N. Christofferson | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| Aurora Loan Services. Et al | |
| | Case Number: 2:08 cv 663 CW |

IT IS ORDERED AND ADJUDGED

      that judgment be entered in favor of the defendants and plaintiff's cause of action is dismissed for failure to prosecute.

June 18, 2009               D. Mark Jones
Date               Clerk of Court

*(By) Deputy Clerk*